James CUMMINGS *v.* STATE of Arkansas

CR 93-367                                   856 S.W.2d 309

Supreme Court of Arkansas
Opinion delivered July 19, 1993

*Robert L. Scull III*, for appellant.

No response.

PER CURIAM. Appellant's attorney Robert L. Scull, III is directed to appear before this court at 9:00 a.m. on September 7, 1993, to show cause why he should not be held in contempt of court for failure to file a brief in the case.